B8 (Form 8) (12/08)

# United States Bankruptcy Court
## District of New Mexico

In re  **Ermalinda B Jaurequi**　　　　　　　　　　　　　　　Case No. _____
　　　　　　　　　　　　　　　　　　　　　Debtor(s)　　　　　Chapter　　7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** - Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:** <br> Wells Fargo Bank | **Describe Property Securing Debt:** <br> 2006 Hyndai- Claims no interest belongs to daughter |
| Property will be (check one): <br> ■ Surrendered　　　　　　　□ Retained <br><br> If retaining the property, I intend to (check at least one): <br> 　□ Redeem the property <br> 　□ Reaffirm the debt <br> 　□ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)). <br><br> Property is (check one): <br> 　□ Claimed as Exempt　　　　　　　■ Not claimed as exempt | |

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:** <br> -NONE- | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2): <br> □ YES　　　□ NO |

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date  2-15-2013　　　　　　　Signature  /s/ Ermalinda B Jaurequi
　　　　　　　　　　　　　　　　　　　　　　Ermalinda B Jaurequi
　　　　　　　　　　　　　　　　　　　　　　Debtor

Software Copyright (c) 1996-2013 CCH INCORPORATED - www.bestcase.com　　　　　Best Case Bankruptcy